UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-805200-CIV-RYSKAMP/VITUNAC

CHERYL GATHAGAN, on her own
behalf and others similarly situated,

     Plaintiff,

v.

THE RAG SHOP/HOLLYWOOD, INC.,
a Florida corporation,

     Defendant.

_____/



## ORDER DECLINING TO ENTER FINAL ORDER OF DISMISSAL ON GROUNDS THAT MATTER IS ALREADY CLOSED

THIS CAUSE comes before the court pursuant to Plaintiff's Stipulation for Dismissal

With Prejudice and accompanying Final Order of Dismissal, filed July 18, 2005 **[DE 45]**. This

case closed on February 10, 2005 **[DE 29]**. All that remained in this matter was entry of a fees

award in favor of Defendant pursuant to the May 9, 2005 order awarding Defendant fees incurred

since November 15, 2004. The Stipulation of Dismissal appears to be a notice that the parties

have resolved the fees issue. The court therefore declines to issue a ruling as to the amount of

fees to which Defendant is entitled. The court also declines to enter the proposed dismissal

order, as this matter has been closed for several months.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 21st day of July,

2005.

Copies provided:
Christine M. Duignan, Esq.
Arlene K. Kline, Esq.
Leslie Lajewski, Esq.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE