# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 19, 2005



Clarence Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI  FL  33128-7788

**Appeal Number: 05-13028-JJ**
Case Style: Cheryl Gathagan v. The Rag Shop
District Court Number: 04-80520 CV-KLR

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court.  See 11th Cir. R. 41-4.  Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order.  No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carol P. Lewis (404) 335-6179

Encl.

DIS-4 (3-2005)

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

No. 05-13028-JJ

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 1 9 2005
THOMAS K. KAHN
CLERK

CHERYL GATHAGAN,
on her own behalf and others similarly
situated,

                                                                             Plaintiff-Appellant,

versus

THE RAG SHOP/WEST PALM BEACH, INC., a Florida corporation,

                                                                             Defendant-Appellee.

-------------------------

On Appeal from the United States District Court for the
Southern District of Florida

-------------------------

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: /s/
Deputy Clerk
Atlanta, Georgia

BEFORE: DUBINA and WILSON, Circuit Judges.

BY THE COURT:

Appellant's "Motion for Reconsideration of Entry of Dismissal and For Entry of Stipulation of Dismissal of Appeal With Prejudice," which is construed as a motion to vacate this Court's July 22, 2005, entry of dismissal, is GRANTED.

The parties' "Stipulation for Dismissal of Appeal With Prejudice," which is construed as a joint motion to dismiss this appeal with prejudice, due to settlement, with the parties to bear their own attorney's fees and costs, is GRANTED.